Tammy Hussin (SBN: 155290)
HUSSIN LAW
1596 N. Coast Highway 101
Encinitas, CA 92024
Tel: (877) 677-5397
Fax: (877) 667-1547
Tammy@HussinLaw.com

Attorney for Plaintiff, Angela Isley-Price

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DISTRICT

| | |
|---|---|
| Angela Isley-Price,<br><br>                   Plaintiff,<br><br>   v.<br><br>Westlake Financial Services LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br>                   Defendants. | **Case No. 2:18-cv-00586**<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff hereby informs the Court that this matter has settled, and she anticipate finalizing the settlement agreement within 60 days.

DATED:  December 28, 2018        HUSSIN LAW

                                                  By:  */s/Tammy Hussin*
                                                  Tammy Hussin, Esq.
                                                  Attorney for Plaintiff, Angela Isley-Price